IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UTICA MUTUAL INSURANCE COMPANY<br>　　　　Plaintiff<br>v.<br><br>VOEGELE MECHANICAL, INC AND MCDONALD BUILDING COMPANY, LLC<br><br>　　　　Defendants | DOCKET NO: 2:18-CV-03959-WB |

## MOTION FOR SUMMARY JUDGMENT

Plaintiff, Utica Mutual Insurance Company ("Utica"), by and through its undersigned counsel, pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of Civil Procedure, hereby respectfully moves this Honorable Court for Summary Judgment in its favor and against defendants for the reasons set forth in the accompanying Brief in support of Motion for Summary Judgment, which sets forth the arguments and authorities upon which Utica relies, along with the Statement of Uncontested Facts, both of which are incorporated by reference herein as though set forth fully at length.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

　　　　　　　　　　　　　　　　　　By: _/s/ Eric R. Brown_
　　　　　　　　　　　　　　　　　　　　ERIC R. BROWN
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated:  5/23/19