# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UTICA MUTUAL INSURANCE CO.,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | **No. 18-3959** |
| **VOEGELE MECHANICAL, INC.,** *et al.,* *Defendants.* | : : | |

## ORDER

**AND NOW**, this 15th day of October 2019, upon consideration of Plaintiff Utica Mutual Insurance Company's Motion for Summary Judgment (ECF No. 30), Defendant McDonald Building Company's Motion for Summary Judgment (ECF No. 31), the Responses in Opposition (ECF Nos. 32 & 33), the letters addressing additional case law (ECF Nos. 40 & 42), and Oral Argument held on July 12, 2019, it is hereby **ORDERED** that Plaintiff Utica Mutual Insurance Company's Motion for Summary Judgment (ECF No. 30) is **GRANTED** and Defendant McDonald Building Company's Motion for Summary Judgment (ECF No. 31) is **DENIED**. All matters having been disposed of, the Clerk of Court is directed to close this matter.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE